## HIPP *v.* WARDEN OF THE MARYLAND PENITENTIARY

[App. No. 93, September Term, 1963.]

*Decided January 28, 1964.*

Before HENDERSON, HAMMOND, PRESCOTT, HORNEY and MARBURY, JJ.

PER CURIAM.

The application of Charles E. Hipp for leave to appeal from the order denying him post conviction relief, from his imprisonment for armed robbery is hereby denied for the reasons stated by Judge Byrnes in the lower court. The attempt of the applicant to take a direct appeal in this proceeding from the judgment of conviction comes too late.

*Application denied.*